**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALVAREZ, an individual, | Case No. 2:15-cv-00943-TLN-DAD |
| Plaintiff, | |
| vs. | **ORDER ON DEFENDANT QUALITY LOAN SERVICE CORPORATION'S NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION** |
| WELLS FARGO BANK, N.A., a National Banking Association, QUALITY LOAN SERVICE CORPORATION, a California Corporation, VRM (VENDOR RESOURCE MANAGEMENT), DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, a Texas Corporation, SECRETARY OF VETERANS AFFAIRS, | |
| Defendants. | |

On reading and filing the stipulation of the Parties hereto regarding Defendant, Quality Loan Service Corporation's Nonmonetary Status and Nonparticipation in this Action, satisfactory proof having been made and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Defendant Quality Loan Service Corporation is a non-monetary party to this action.

2. Defendant Quality Loan Service Corporation shall not be required to actively participate in the underling action.

3. Defendant Quality Loan Service Corporation shall be bound by whatever order or judgment is issued by this Court regarding the subject Deed of Trust provided such order or judgment is nonmonetary relief only.

**IT IS SO ORDERED**.

Dated: July 6, 2015

_____
Troy L. Nunley
United States District Judge