MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
ELEANOR M. ROMAN (State Bar No. 178736)
emr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JOHN ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a National Banking Association, QUALITY LOAN SERVICE CORPORATION, a California corporation, VRM (VENDOR RESOURCE MANAGEMENT), DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, a Texas corporation, SECRETARY OF VETERANS AFFAIRS,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00943-TLN-DAD<br>Hon. Troy L. Nunley<br>Ctrm. 2<br><br>**STIPULATION TO CONTINUANCE OF HEARING OF DEFENDANT WELLS FARGO BANK'S MOTION TO DISMISS COMPLAINT OF PLAINTIFF JOHN ALVAREZ FROM SEPTEMBER 10, 2015 TO OCTOBER 22, 2015; ORDER**<br>**[Local Rule 230(f)]**<br><br>Action Filed:　April 30, 2015<br>Trial Date:　　None Set |

　　　　Plaintiff, John Alvarez, ("Alvarez" or "Plaintiff") and defendant, Wells Fargo Bank, N.A., ("Wells Fargo" or "Defendant"), by and through their counsel of record hereby stipulate and agree to a continuance of the hearing of Wells Fargo's Motion to Dismiss Plaintiff's Complaint from September 10, 2015 until October 22, 2015 at 2:00 p.m. based on the foregoing facts:

　　　　1.　　On July 10, 2015, Wells Fargo filed a Motion to Dismiss Plaintiff John Alvarez Complaint [Dkt. No. 9], the "Motion to Dismiss".

　　　　2.　　Wells Fargo set the hearing of its Motion to Dismiss for September 10, 2015 at 2:00 p.m. based upon the Court's calendaring procedures for law and motion, and based upon the

STIPULATION TO CONTINUANCE OF HEARING AND ORDER

Court's law and motion calendar.

3. After filing the Motion to Dismiss, counsel for Wells Fargo learned that counsel for Plaintiff is not available for a hearing on September 10, 2015.

4. After meeting and conferring, counsel for Wells Fargo and counsel for Plaintiff have determined that they are both available for the hearing of Wells Fargo's Motion to Dismiss on October 22, 2015, which is a date that the Court's presently has available on its calendar for law and motion hearings.

5. The hearing of Wells Fargo's Motion to Dismiss has not previously been continued.

**IT IS SO STIPULATED.**

DATED:  August 10, 2015     LAW OFFICE OF RICHARD G. HYPPA


By:     */s/ Richard G. Hyppa*
              Richard G. Hyppa
        (as authorized on August 10, 2015)

Attorneys for Plaintiff John Alvarez.

DATED:  August 10, 2015     SEVERSON & WERSON
                            A Professional Corporation


By:     */s/ Eleanor M. Roman*
              Eleanor M. Roman

Attorneys for Defendant WELLS FARGO BANK, N.A.

1  Based upon the foregoing stipulation of the parties and GOOD CAUSE APPEARING,
2  the hearing of Wells Fargo's Motion to Dismiss is continued from September 10, 2015 until
3  October 22, 2015 at 2:00 p.m.
4  **IT IS SO ORDERED.**

6  Dated:  August 10, 2015

_____
Troy L. Nunley
United States District Judge