UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JOHN ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a National Banking Association, QUALITY LOAN SERVICE CORPORATION, a California corporation, VRM (VENDOR RESOURCE MANAGEMENT), DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, a Texas corporation, SECRETARY OF VETERANS AFFAIRS,<br><br>　　　　Defendants. | Case No. 2:15-cv-00943-TLN-DAD<br>Hon. Troy L. Nunley<br>Ctrm. 2<br><br>**ORDER ON STIPULATION GRANTING TWO WEEK EXTENSION OF TIME FOR DEFENDANT WELLS FARGO BANK TO RESPOND TO PLAINTIFF JOHN ALVAREZ' COMPLAINT** |

　　Based upon the Application of defendant, Wells Fargo Bank, N.A., ("Wells Fargo" or "Defendant") and the Stipulation of Plaintiff, John Alvarez, ("Alvarez" or "Plaintiff") and Wells Fargo filed April 5, 2016, and good cause appearing, Wells Fargo shall have a two week extension of time from Wednesday, April 6, 2016 up to and including Wednesday, April 20, 2016 to respond to the Complaint filed by Plaintiff in this Action.

　　**IT IS SO ORDERED.**

Dated: April 6, 2016

Troy L. Nunley
United States District Judge