MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
ELEANOR M. ROMAN (State Bar No. 178736)
emr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JOHN ALVAREZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., a National Banking Association, QUALITY LOAN SERVICE CORPORATION, a California corporation, VRM (VENDOR RESOURCE MANAGEMENT), DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, a Texas corporation, SECRETARY OF VETERANS AFFAIRS,<br><br>             Defendants. | Case No. 2:15-cv-00943-TLN-DB<br>Hon. Troy L. Nunley<br>Ctrm. 2<br><br>**ORDER**<br><br>Action Filed:     April 30, 2015<br>Trial Date:       December 11, 2017 |

55000.1604/9291064.1

1   Based upon the Application of defendant, Wells Fargo Bank, N.A., ("Wells Fargo" or

2  "Defendant") and the Stipulation of Plaintiff, John Alvarez, ("Alvarez" or "Plaintiff") and Wells

3  Fargo filed November 22, 2016, and good cause appearing, the January 5, 2017 discovery deadline

4  and the March 2, 2017 deadline to disclose expert witnesses set forth in the Pretrial Scheduling

5  Order entered in this Action on May 11, 2016 [Dkt. No. 26] shall and are hereby each  extended

6  by 60 days.  Therefore, the January 5, 2017 deadline to complete discovery which is set forth in

7  Section IV of the Pretrial Scheduling Order is extended until February 6, 2017.  The March 2,

8  2017 deadline to disclose expert witnesses which is set forth in Section V of the Pretrial

9  Scheduling Order is extended until May 2, 2017.

10

11   **IT IS SO ORDERED.**

12

13  Dated: December 5, 2016

14   Troy L. Nunley
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER