1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  THOMAS N. ABBOTT (State Bar No. 245568)
   tna@severson.com
3  ELEANOR M. ROMAN (State Bar No. 178736)
   emr@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9              **UNITED STATES DISTRICT COURT**

10        **EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| 11  JOHN ALVAREZ, | Case No. 2:15-cv-00943-TLN-DB |
| | Hon. Troy L. Nunley |
| 12          Plaintiff, | Ctrm. 2 |
| 13      vs. | **AMENDED ORDER** |
| 14  WELLS FARGO BANK, N.A., a National Banking Association, QUALITY LOAN SERVICE CORPORATION, a California corporation, VRM (VENDOR RESOURCE MANAGEMENT), DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, a Texas corporation, SECRETARY OF VETERANS AFFAIRS, | Action Filed:   April 30, 2015<br>Trial Date:      December 11, 2017 |
| 18          Defendants. | |

1  Based upon the Notice of Errata of defendant, Wells Fargo Bank, N.A., ("Wells Fargo" or
2  "Defendant") filed December 6, 2016, and based upon the Stipulation of Plaintiff, John Alvarez,
3  ("Alvarez" or "Plaintiff") and Wells Fargo filed November 22, 2016, and good cause appearing
4  [Dkt. Nos. 30 and 31], the January 5, 2017 discovery deadline and the March 2, 2017 deadline to
5  disclose expert witnesses set forth in the Pretrial Scheduling Order entered in this Action on May
6  11, 2016 [Dkt. No. 26] shall and are hereby each extended by 60 days.  Therefore, the January 5,
7  2017 deadline to complete discovery which is set forth in Section IV of the Pretrial Scheduling
8  Order is extended until ~~February 6, 2017~~ March 6, 2017.  The March 2, 2017 deadline to disclose
9  expert witnesses which is set forth in Section V of the Pretrial Scheduling Order is extended until
10 May 2, 2017.

12 **IT IS SO ORDERED.**

14 DATED:  December 6, 2016

15 Troy L. Nunley
   United States District Judge